1  Mathew K. Higbee, Esq. SBN 241380
   Ryan E. Carreon, Esq., SBN 311668
2  **HIGBEE & ASSOCIATES**
   1504 Brookhollow Dr., Suite 112
3  Santa Ana, CA 92705
   (714) 617-8373
4  (714) 597-6559 facsimile
   Email: mhigbee@higbeeassociates.com
5  rcarreon@higbeeassociates.com

6  *Attorney for Plaintiff,*
   TAMARA WILLIAMS,

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9
   TAMARA WAREKA p/k/a TAMARA          Case No. 2:22-cv-5273
10 WILLIAMS
                                       **COMPLAINT FOR DAMAGES AND**
11              Plaintiff,             **INJUNCTIVE RELIEF**

12 v.                                  **COPYRIGHT INFRINGEMENT**

13 DR. CHIA CHI KAO MD d/b/a KAO
   PLASTIC SURGERY MEDICAL
14 CORPORATION
                Defendants.           **DEMAND FOR JURY TRIAL**
15

16

17       Plaintiff, Tamara Williams alleges as follows:

18                 **JURISDICTION AND VENUE**

19       1.    This is a civil action seeking damages and injunctive relief for

20 copyright infringement under the Copyright Act of the United States, 17 U.S.C. §

21 101 *et seq.*

22       2.    This Court has subject matter jurisdiction over Plaintiff's claims for

23 copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

24       3.    This Court has personal jurisdiction over Defendant because Defendant

25 conducts business and/or resides within this judicial district and Defendant caused

26 injury to Plaintiff within this judicial district.

27       4.    Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and

28 1400(a) in that this is the judicial district in which a substantial part of the acts and

                            1
                       **COMPLAINT**

omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and established place of business in this judicial district.

## PARTIES

5.     Plaintiff Tamara Wareka p/k/a Tamara Williams ("Williams") is an individual and professional photographer.

6.     Defendant Dr. Chia Chi Kao MD d/b/a Kao Plastic Surgery Medical Corporation ("Defendant") is a California corporation with a principal place of business in Santa Monica, California.

7.     Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

8.     For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendants named in this caption.

## FACTUAL ALLEGATIONS

### *Plaintiff Tamara Williams*

9.     Tamara Williams is a highly successful freelance photographer specializing in beauty and fashion photography. Williams is most well-known for her natural and clean model portraiture featured on her highly popular Instagram account @tamarawilliams, which has amassed over 600,000 followers.

**COMPLAINT**

1      10.    Williams' work has been featured in top publication such as *Vogue,*

2  *Harper's Bazaar, Marie Claire, Elle, L'Officiel, Glamour, Cosmopolitan, Maxim,*

3  and many more. Additionally, her work has been used commercially by brands such

4  as *NARS, KKW, Fenty*, and *Benefit*.

5      11.    Williams is the sole creator and exclusive rights holder to a beauty

6  photograph of model Hayley Bui (the "Bui Image").

7      12.    Attached hereto as Exhibit A is a true and correct copy of the Bui

8  Image.

9      13.    Williams has registered the Bui Image with the United States Copyright

10 Office under registration number VA 2-259-542.

11     14.    Williams is the sole creator and exclusive rights holder to a beauty

12 photograph of model Angelia A (the "Angelia Image")

13     15.    Attached hereto as Exhibit B is a true and correct copy of the Angelia

14 Image.

15     16.    Williams has registered the Angelia Image with the United States

16 Copyright Office under registration VA 2-274-918.

17     17.    Williams is the sole creator and exclusive rights holder to a beauty

18 photograph of model Elle Trowbridge (the "Trowbridge Image").

19     18.    Attached hereto as Exhibit C is a true and correct copy of the

20 Trowbridge Image.

21     19.    Williams has registered the Trowbridge Image with the United States

22 Copyright Office under registration VA 2-197-148

23     20.    The Bui Image, Angelia Image, and Trowbridge Image will be

24 collectively referred to as "the Beauty Photographs".

25                  ***Defendant Dr. Chia Chi Kao MD***

26              ***d/b/a Kao Plastic Surgery Medical Corporation***

27     21.    According to its website, Defendant Dr. Chia Chi Kao MD is a board

28 certified plastic and reconstructive surgeon who has been featured in Vogue

**COMPLAINT**

Magazine for "single handedly revolutionizing the future of facelifts" and has created the "new and revolutionary Ponytail Lift™ and Ponytail Facelift™ procedures." *See* https://www.kaoplasticsurgery.com/meet-dr-kao/.

22.     Defendant provides services for plastic surgery, reconstructive surgery, stem cell and regenerative therapy, and operates a medical spa. *Id.*

23.     Defendant runs and operates a Kao Plastic Surgery Instagram page https://www.instagram.com/kaoplasticsurgery ("Defendant's Instagram"), which has over 200,000 followers.

### *Defendant's Infringing Conduct*

24.     On or about Saturday September 11th, 2021, Defendant was a featured speaker at the International Society of Aesthetic Plastic Surgery World Congress ("ISAPS                   World                   Congress").                   *See* https://www.xcdsystem.com/isaps/program/CNUoq50/index.cfm?pgid=15#K.

25.     The IASPS World Congress is a professional networking and educational event for members of the Aesthetic Plastic Surgery community featuring hundreds of speakers and lectures, which are recorded, simulcast, and made available to stream on demand. *See* https://youtu.be/arsgrtOYZqM.

26.     Defendant presented a session called "Ponytail Makeover: A Scarless Facial Beautification for the IG (Instagram) Generation" ("Defendant's Presentation") which promoted the Defendant's "revolutionary Ponytail Lift™".

27.     On information and belief, Defendant's Presentation was simulcast throughout California and the United States.

28.     On information and belief, Defendant has given the Presentation multiple times in California and the United States as a whole.

29.     On or about September 12, 2021, Williams discovered her Beauty Photographs on the Defendant's Instagram where Defendant shared a photograph of Defendant's Presentation. Defendant used the Beauty Photographs as part of Defendant's Presentation ("Infringing Use").

**COMPLAINT**

30.   True and correct screenshots of the Beauty Photographs being displayed as part of the Infringing Use are attached hereto as Exhibit D.

31.   Williams does not have record of the Beauty Photographs being licensed to Defendant nor had Williams granted permission for Defendant to make copies or publically display the Beauty Photographs as part of Defendant's Presentation.

32.   On information and belief, Defendant's use of the Beauty Photographs was deliberate and willful because it knew or should have known that it did not purchase a license to use the Beauty Photographs.

**CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq.***

33.   Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Beauty Photographs.

34.   Plaintiff is informed and believes and thereon alleges that the Defendants willfully infringed upon Plaintiff's copyrighted Beauty Photographs in violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Beauty Photographs of the Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

35.   Specifically, Defendant made unauthorized copies and then publically displayed the Beauty Photographs during Defendant's Presentation as part of its Infringing Use.

36.   As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 if willful or up to $30,000 if unintentional

1  pursuant to 17 U.S.C. § 504(c).

2      37.    Plaintiff is also entitled to injunctive relief to prevent or restrain

3  infringement of her copyright pursuant to 17 U.S.C. § 502.

4                          **PRAYER FOR RELIEF**

5  **WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

6  •      For an award of actual damages and disgorgement of all of Defendant's

7  profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount

8  to be proven or, in the alternative, at Plaintiff's election, an award for statutory

9  damages against Defendant in an amount up to $150,000.00 for each infringement

10  pursuant to 17 U.S.C. § 504(c), whichever is larger;

11  •      For costs of litigation and reasonable attorney's fees against Defendant

12  pursuant to 17 U.S.C. § 505;

13  •      For an injunction preventing Defendant from further infringement of all

14  copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;

15  •      For pre judgment interest as permitted by law; and

16  •      For any other relief the Court deems just and proper.

17

18  Dated: July 29, 2022                    Respectfully submitted,

19                                          **/s/ Mathew K. Higbee**
                                            Mathew K. Higbee, Esq.
20                                          Cal. Bar No. 241380
                                            **HIGBEE & ASSOCIATES**
21                                          1504 Brookhollow Dr., Ste 112
                                            Santa Ana, CA 92705-5418
22                                          (714) 617-8373
                                            (714) 597-6559 facsimile
23                                          *Counsel for Plaintiff*

24

25

26

27

28

1

## DEMAND FOR JURY TRIAL

2          Plaintiff, Tamara Williams hereby demands a trial by jury in the above matter.

3

4    Dated: July 29, 2022                              Respectfully submitted,

5                                                      **/s/ Mathew K. Higbee**
                                                       Mathew K. Higbee, Esq.
6                                                      Cal. Bar No. 241380
                                                       **HIGBEE & ASSOCIATES**
7                                                      1504 Brookhollow Dr., Ste 112
                                                       Santa Ana, CA 92705-5418
8                                                      (714) 617-8373
                                                       (714) 597-6559 facsimile
9                                                      *Counsel for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**